JUDGE BATTS

08 CV 4999

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENERAL MOTORS CORPORATION
and ADAM OPEL GmbH

Plaintiff,

-v-

FIAT S.p.A.; FIAT AUTO HOLDING B.V.;
and FIAT AUTO S.p.A

Defendant.



Rule 7.1 Statement

RECEIVED
MAY 30 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

ADAM OPEL GmbH                                  (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

General Motors Corporation

Date: May 30, 2008

Signature of Attorney

Attorney Bar Code: RM2676