UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------- x

GENERAL MOTORS CORPORATION and
ADAM OPEL GmbH;

          Plaintiffs,

    - against –

FIAT S.p.A; FIAT AUTO HOLDING B.V.; and
FIAT AUTO S.p.A.,

          Defendants.

------------------------------- x

No. 08-CV-4999

**STIPULATION AND ORDER**

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, through their respective counsel, that the date for Defendants Fiat S.p.A., Fiat Auto Holding B.V., and Fiat Auto S.p.A. to move, answer, or otherwise respond to the Complaint in this action shall be July 23, 2008; and

      IT IS FURTHER STIPULATED AND AGREED that Defendants will not raise insufficient service of process as a defense in this action but reserve all other defenses, including, but not limited to, all jurisdictional defenses.

New York, New York
June /6, 2008

_____
Roger B. Mead (RM2676)
FOLGER LEVIN & KAHN LLP
Embarcadero Center West
275 Battery Street, 23rd Street
San Francisco, CA 94111
Phone: 415-986-2800
Fax: 415-986-2827

Counsel for Plaintiffs General Motors
Corporation and Adam Opel GmbH

_____
John L. Hardiman (JH3872)
SULLIVAN & CROMWELL LLP
1 New Fetter Lane
London EC4A 1AN
England
Phone: +44-20-7979-8900
Fax: +44-20-7959-8950

    -and-

125 Broad Street
New York, New York 10004
Phone: 212-558-4000
Fax: 212-558-3588

Counsel for Defendants Fiat S.p.A., Fiat Auto
Holding B.V., and Fiat Auto S.p.A.

SO ORDERED:

_____
United States District Judge