UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
GENERAL MOTORS CORPORATION and
ADAM OPEL GmbH;

                                 Plaintiffs,

               - against -

FIAT S.p.A; FIAT AUTO HOLDING B.V.; and
FIAT AUTO S.p.A.,

                               Defendants.
------------------------------------- x

**NOTICE OF MOTION**

No. 08-CV-4999 (DAB)

        PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Stay or Dismiss this Action, filed on July 23, 2008, and the Affidavits of John L. Hardiman and Paolo Bottini, sworn to July 22, 2008, including the exhibits attached thereto, Defendants will move this Court, before the Honorable Deborah A. Batts, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, at a time and place to be determined by the Court, for an Order

        (a) staying or dismissing this action pursuant to the Federal Arbitration Act and Rule 12(b)(6) of the Federal Rules of Civil Procedure; or

        (b) in the alternative, dismissing Plaintiffs' Complaint in its entirety pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure; and

        (c) granting such other and further relief as the Court deems just and proper.

Dated: July 23, 2008

        Respectfully submitted,

        SULLIVAN & CROMWELL LLP

        _____
        John L. Hardiman (JH3872)

        1 New Fetter Lane
        London EC4A 1AN, England
        U.K. Tel: 011-44 207-959-8900
        U.S. Tel: 212-558-4000

        Attorneys for the Defendants
        Fiat S.p.A., Fiat Auto Holding B.V.,
        and Fiat Auto S.p.A.

## AFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   : ss.:
COUNTY OF NEW YORK)

      DAVID LIEBOV, being duly sworn, deposes and says that he is over 18 and not a party to this appeal and that on the 23rd day of July, 2008, he served true copies of the following documents by Federal Express, overnight deliver, to Roger B. Mead, Esq., Folger Levin & Kahn LLP, 275 Battery Street, San Francisco, CA 94111:

1) Notice of Motion
2) Memorandum of Law in Support of Defendant's Motion to Stay or Dismiss
3) Affidavit of John L. Hardiman
4) Affidavit of Paolo Bottini.

Sworn to before me this
23rd day of July, 2008.

_____
Notary Public

KEIR JAMES-LITTLE
Notary Public, State of New York
No. 01JA6156001
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Nov. 20, 2010